UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW TORRES,<br>            Defendant. | 25-CR-405 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. The status conference scheduled for Wednesday, November 19, 2025, at 10:00 a.m. shall be converted to a change of plea hearing.

SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                                    _____
                                                              DALE E. HO
                                                    United States District Judge